Columbus   |   Cincinnati   |   Cleveland   |   New Jersey   |   New York   

**Javier L. Merino, Esq.***

201-355-3440  
Direct Telephone

JMerino@DannLaw.com  
Email

216-373-0536  
Fax

June 17, 2025

<u>Via ECF</u>

Hon. Gerald L. Jackson, U.S.M.J.
United States District Court
Eastern District of Oklahoma
PO Box 607
Muskogee, OK 74402

   Re: *Hartline v. Dollar General Corporation, et al.*
     Case No.: 6:24-00027-GLJ

Dear Judge Jackson:

  Plaintiff Lori Hartline ("Plaintiff"), and Defendants Dollar General Corporation and DolGenCorp LLC ("Dollar General", the parties collectively, the "Parties"), through their undersigned counsel, submit this show cause in response to Your Honor's June 17, 2025 Minute Order.

  We first apologize for not complying with the directive to timely file a joint status report by yesterday's June 16, 2025 deadline as stated in Your Honor's August 22, 2024 Opinion and Order. [D.E. 41]. We did not file a report due to inadvertent oversight.

  The Parties otherwise advise the Court that they have reached a settlement in principle with respect to Plaintiff's claims against Dollar General. The Parties are working cooperatively on a final settlement agreement and will be seeking preliminary approval of a nationwide class in the case of *Braun v. Dolgencorp* that is pending in the Superior Court of New Jersey for Middlesex County.

  In light of the above, the Parties respectfully request the Court stay the matter for ninety (90) days to permit sufficient time for the Superior Court to decide the motion for preliminary approval. If the Court grants preliminary approval, the Parties will ask for a further stay to allow sufficient time for final approval. The Parties propose submitting a further status update to the Court on or before September 15, 2025 advising the Court of the status of the settlement approval.

Respectfully submitted,

NJ Address  
825 Georges Road, 2nd Floor  
North Brunswick, NJ 08902

DannLaw.com  
877-475-8100  
*Licensed in NJ and NY

NY Address  
42 Broadway, 12th Floor  
New York, NY 10007  
**By Appointment Only**

*June 17, 2025*
*Page 2: Hartline, et al. v. Dollar General Corporation, et al.*

| | |
|---|---|
| **THE DANN LAW FIRM, PC** | **MCGUIREWOODS LLP** |
| /s/ Javier L. Merino | /s/ Joel S. Allen |
| Javier L. Merino, Esq. | Joel S. Allen, Esq. |
| *Counsel for Plaintiff Lori Hartline* | *Counsel for Defendants Dollar General Corporation and DolGenCorp LLC* |