

Columbus | Cincinnati | Cleveland | New Jersey | New York

**Javier L. Merino, Esq.***

201-355-3440
Direct Telephone

JMerino@DannLaw.com
Email

216-373-0536
Fax

September 15, 2025

<u>**Via ECF**</u>
Hon. Gerald L. Jackson, U.S.M.J.
United States District Court
Eastern District of Oklahoma
PO Box 607
Muskogee, OK 74402

    Re: *Hartline v. Dollar General Corporation, et al.*
      Case No.: 6:24-00027-GLJ

Dear Judge Jackson:

  Plaintiff Lori Hartline ("Plaintiff"), and Defendants Dollar General Corporation and DolgenCorp LLC ("Dollar General", the parties collectively, the "Parties"), through their undersigned counsel, submit this joint status report in accordance with Your Honor's June 17, 2025 Minute Order, [D.E. 48].

  As noted in our June 17, 2025 response to the Court's Order to Show Cause, the Parties have reached a settlement in principle and will be seeking preliminary approval of a nationwide class in the case of *Braun v. Dolgencorp* that is pending in the Superior Court of New Jersey for Middlesex County. The Parties anticipate being able to finalize the settlement agreement shortly. Thereafter, Plaintiff's counsel anticipates filing its motion for preliminary approval of the class action settlement within three (3) weeks.

  In light of the above, the Parties respectfully request the Court stay the matter for forty-five (45) days to permit sufficient time for the Superior Court to decide the motion for preliminary approval. If the Court grants preliminary approval, the Parties will ask for a further stay to allow sufficient time for final approval. The Parties propose submitting a further status update to the Court on or before October 27, 2025 advising the Court of the status of the settlement approval.

Respectfully submitted,

| | |
|---|---|
| **THE DANN LAW FIRM, PC** | **MCGUIREWOODS LLP** |
| <u>/s/ Javier L. Merino</u> | <u>/s/ Joel S. Allen</u> |
| Javier L. Merino, Esq. | Joel S. Allen, Esq. |
| *Counsel for Plaintiff Lori Hartline* | *Counsel for Defendants Dollar General Corporation and DolGenCorp LLC* |

NJ Address
825 Georges Road, 2nd Floor
North Brunswick, NJ 08902

DannLaw.com
877-475-8100
*Licensed in NJ and NY

NY Address
42 Broadway, 12th Floor
New York, NY 10007
By Appointment Only