Columbus | Cincinnati | Cleveland | New Jersey | New York 

**Javier L. Merino, Esq.***

*201-355-3440*  
*Direct Telephone*

JMerino@DannLaw.com  
Email

*216-373-0536*  
*Fax*

October 24, 2025

<u>**Via ECF**</u>  
Hon. Gerald L. Jackson, U.S.M.J.  
United States District Court  
Eastern District of Oklahoma  
PO Box 607  
Muskogee, OK 74402

Re:   *Hartline v. Dollar General Corporation, et al.*  
       Case No.: 6:24-00027-GLJ

Dear Judge Jackson:

Plaintiff Lori Hartline ("Plaintiff"), and Defendants Dollar General Corporation and DolgenCorp LLC ("Dollar General", the parties collectively, the "Parties"), through their undersigned counsel, submit this joint status report in accordance with Your Honor's September 15, 2025 Minute Order, [D.E. 50].

We are pleased to advise that as of this week, the Parties have finalized a long form settlement agreement and executed the same. Thus, we anticipate filing a motion for preliminary approval in the Superior Court of New Jersey in the coming weeks.

In light of the above, the Parties respectfully request the Court stay the matter for sixty (60) days to permit sufficient time for the Superior Court to decide the motion for preliminary approval. If the Court grants preliminary approval, the Parties will ask for a further stay to allow sufficient time for final approval. The Parties propose submitting a further status update to the Court on or before December 23, 2025, advising the Court of the status of the settlement approval.

Respectfully submitted,

THE DANN LAW FIRM, PC                    MCGUIREWOODS LLP

/s/ Javier L. Merino                             /s/ Joel S. Allen  
Javier L. Merino, Esq.                          Joel S. Allen, Esq.  
*Counsel for Plaintiff Lori Hartline*           *Counsel for Defendants Dollar General Corporation and DolGenCorp LLC*

NJ Address  
825 Georges Road, 2nd Floor  
North Brunswick, NJ 08902

DannLaw.com  
877-475-8100  
*Licensed in NJ and NY

NY Address  
42 Broadway, 12th Floor  
New York, NY 10007  
**By Appointment Only**