Columbus | Cincinnati | Cleveland | New Jersey | New York  

**Javier L. Merino, Esq.***

| 201-355-3440 | JMerino@DannLaw.com | 216-373-0536 |
| Direct Telephone | Email | Fax |

January 8, 2026

<u>**Via ECF**</u>
Hon. Gerald L. Jackson, U.S.M.J.
United States District Court
Eastern District of Oklahoma
PO Box 607
Muskogee, OK 74402

   Re: *Hartline v. Dollar General Corporation, et al.*
      Case No.: 6:24-00027-GLJ

Dear Judge Jackson:

  Plaintiff Lori Hartline ("Plaintiff"), and Defendants Dollar General Corporation and DolgenCorp LLC ("Dollar General", the parties collectively, the "Parties"), through their undersigned counsel, submit this joint status report in accordance with Your Honor's January 6, 2026, [D.E. 52].

  We are pleased to advise that on December 15, 2025, the Superior Court of New Jersey granted preliminary approval of the proposed class action settlement and scheduled a final fairness hearing for March 19, 2026.

  In light of the above, the Parties respectfully request the Court stay the matter for ninety (90) days to permit sufficient time for the Superior Court to decide whether to grant final approval. The Parties propose submitting a further status update to the Court on or before April 6, 2026, advising the Court of the status of the final approval.

Respectfully submitted,

| **THE DANN LAW FIRM, PC** | **MCGUIREWOODS LLP** |
| --- | --- |
| <u>/s/ Javier L. Merino</u> | <u>/s/ Joel S. Allen</u> |
| Javier L. Merino, Esq. | Joel S. Allen, Esq. |
| *Counsel for Plaintiff Lori Hartline* | *Counsel for Defendants Dollar General Corporation and DolGenCorp LLC* |

NJ Address
825 Georges Road, 2nd Floor
North Brunswick, NJ 08902

DannLaw.com
877-475-8100
*Licensed in NJ and NY

NY Address
42 Broadway, 12th Floor
New York, NY 10007
By Appointment Only